```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 37652
   ALBERT B BROWN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5164

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/11/2004 and was confirmed 12/22/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  27.52% from remaining funds.

      The case was paid in full 10/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC       UNSECURED            4837.27          .00         1331.07
CHASE VISA                UNSECURED          NOT FILED          .00             .00
RESURGENT ACQUISITION LL  UNSECURED           19163.40          .00         5273.19
ECAST SETTLEMENT CORP     UNSECURED            3015.80          .00          829.86
ECAST SETTLEMENT CORP     UNSECURED OTH       17572.08          .00         4835.48
LEDFORD & WU              DEBTOR ATTY          2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                             830.40
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             15,300.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                  12,269.60
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                          830.40
DEBTOR REFUND                                    .00
                    ---------------       ---------------
TOTALS              15,300.00              15,300.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE